Order Michigan Supreme Court
 Lansing, Michigan

 November 25, 2014 Robert P. Young, Jr.,
 Chief Justice

 148329(76) Michael F. Cavanagh
 Stephen J. Markman
 Mary Beth Kelly
 Brian K. Zahra
 Bridget M. McCormack
 PEOPLE OF THE STATE OF MICHIGAN, David F. Viviano,
 Plaintiff-Appellee, Justices

 v SC: 148329
 COA: 302107
 Oakland CC: 2009-225093-FC
 JONATHAN BELTON,
 Defendant-Appellant.

 _________________________________________/

 On order of the Court, the motion for reconsideration of this Court’s May 27, 2014
 order is considered, and it is DENIED, because it does not appear that the order was
 entered erroneously.

 I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
 foregoing is a true and complete copy of the order entered at the direction of the Court.
 November 25, 2014
 h1117
 Clerk